UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NICHOLAS POGANY,
*Individually and on behalf of others similarly situated,*

    Plaintiffs,

v.

US AUTOMOTIVE PROTECTION SERVICES, LLC,

and,

BRANDON MICHAEL SCHRADER,

    Defendants.

Case No. **4:18-cv-01805-RWS**

*So Ordered*
[signature] 11/12/19

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiff and Defendants, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) jointly stipulate that Plaintiff's Complaint shall be dismissed without prejudice.

Respectfully submitted,

*Attorney for Plaintiff*
RIGGAN LAW FIRM, LLC
/s/ Russell C. Riggan
Russell C. Riggan, #53060 MO
Samuel W. Moore, #58526 MO
132 W Washington Ave, Ste 100
Kirkwood, MO 63122
Phone: (314) 835-9100
Fax: (314) 735-1054
russ@rigganlawfirm.com

*Attorney for Defendants*
POLSINELLI PC
/s/ Elizabeth T. Gross (w/ consent)
Elizabeth T. Gross (#56494)
Jon A. Bierman (#49214)
Lauren P. Desantis-Then (#58756)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776
egross@polsinelli.com
jbierman@polsinelli.com
ldesantis@polsinelli.com

1